**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| GABRIELLE J. APPLEBACH | : | CASE NO. 26-11086-amc |
| | : | |
| | : | |
| CITADEL FEDERAL CREDIT UNION | : | CHAPTER 13 |
| | : | |
| MOVANT, | : | 11 U.S.C. § 362 |
| | : | |
| | : | |
| v. | : | |
| | : | |
| GABRIELLE J. APPLEBACH | : | |
| | : | July 22, 2026 11:00am |
| DEBTOR, | : | Courtroom # 4 |
| | : | |
| SCOTT F. WATERMAN, TRUSTEE | : | |
| ADDITIONAL RESPONDENT | : | |

**MOTION FOR RELIEF OF CITADEL FEDERAL CREDIT UNION**
**FROM THE AUTOMATIC STAY UNDER SECTION 362 (A)**

Citadel Federal Credit Union, (hereinafter "Movant"), by and through its undersigned counsel, hereby moves this Court, pursuant to 11 U.S.C. § 362 to terminate the automatic stay and grant relief to allow Movant to enforce its security interest in the 2019 BMW X3 5UXTR9C5KLD90459 (the "Vehicle").  In further support of this Motion, Movant respectfully states:

1.     Gabrielle J. Applebach ("Debtor"), Respondent herein, filed a bankruptcy petition under Chapter 13 of the Bankruptcy Code, on March 17, 2026 under Bankruptcy No. 26-11086-amc.

2.     A Chapter 13 plan was filed on March 17, 2026.

1

3.      Movant is a secured creditor of the Debtor and the facts are more fully set forth below.

4.      On or about, May 24, 2022, the debtor entered into a loan and security agreement (the "security agreement") with the Movant for the Debtor's acquisition and purchase of a 2019 Ford Fusion.  A true and correct copy of the security agreement is attached hereto as Exhibit A.

5.      As of the date of the filing of the bankruptcy on March 17, 2026, the amount owed on the Vehicle loan is $24,458.19.

6.      According to the Debtor's Chapter 13 plan, Debtor is surrendering the Vehicle to Movant.

7.      Due to non-payment and with the consent of the Debtor, Movant took possession Vehicle and presently has possession of said Vehicle and is holding same while waiting for relief from the bankruptcy court.

8.      Therefore, Movant wishes to move forward with the plans to sell the Vehicle to recover for its losses.

9.      Debtor has not made payment to Movant on the Vehicle since February 23, 2026.

10.     Movant seeks relief from the automatic stay in order to proceed with its rights under repossession to sell the Vehicle.

11.     The Vehicle is a depreciating asset and Movant does not have adequate protection in the decreasing value of the Vehicle.

12.     Taking into consideration the total amount owed on the security agreement with the likely costs of the sale, accruing interest and depreciating value as a result of Debtor's continued use of the collateral, the Debtor has no equity in the Vehicle.

13.     By reason of the foregoing, Movant respectfully requests an Order granting Movant relief from the automatic stay provisions of the Bankruptcy Code so as to allow Movant or its agents to repossess and sell the Vehicle in accordance with its rights under the security agreement.

**WHEREFORE**, Movant requests this Honorable Court to Enter an order modifying the automatic stay under § 362 with respect to the liened 2019 BMW X 3 so as to permit Movant to enforce its lien and to allow Movant to repossess the Vehicle and sell same to satisfy its lien or in the alternative;

**LARKIN & VAKIL**

By:     */s/ M. Jacqueline Larkin*
        M. Jacqueline Larkin, Esq.
        ID No. 30919
        22 W. 2nd Street
        Media, PA 19063
        (610) 615-1550

Date: June 23, 2026

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| GABRIELLE J. APPLEBACH | : | CASE NO. 26-11086-amc |
| | : | |
| | : | |
| CITADEL FEDERAL CREDIT UNION | : | CHAPTER 13 |
| | : | |
| MOVANT, | : | 11 U.S.C. § 362 |
| | : | |
| | : | |
| v. | : | |
| | : | |
| GABRIELLE J. APPLEBACH | : | |
| | : | July 22, 2026 11:00am |
| DEBTOR, | : | Courtroom # 4 |
| | : | |
| SCOTT F. WATERMAN, TRUSTEE | : | |
| ADDITIONAL RESPONDENT | : | |

## <u>CERTIFICATION OF SERVICE</u>

I, M. Jacqueline Larkin, Esquire, represent the Movant in the above-captioned matter and hereby certify that I did cause a true and correct copy of the foregoing Motion for Relief and accompany documents to be served on this 23rd  day of  June 2026, via the CM/ECF System of the Court upon the following individuals and first-class mail:

Brad J. Sadek, Esq.
1500 JFK Blvd.
Suite 220
Philadelphia, PA 19102
brad@sadeklaw.com

Gabrielle Applebach
131 Fairway Road
Collegeville, PA 19426

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
ECFMail@ReadingCh13.com

United States Trustee
Office of the U.S. Trustee
900 Market Street
Suite 320
Philadelphia, PA 19107

**LARKIN & VAKIL**


By:    */s/ M. Jacqueline Larkin*
M. Jacqueline Larkin, Esq.
ID No. 30919
22 W. 2nd Street
Media, PA 19063
(610) 615-1550

Date: June 23, 2026

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                              :
                                                    :
GABRIELLE J. APPLEBACH                   :        CASE NO. 26-11086-amc
                                                    :
                                                    :
CITADEL FEDERAL CREDIT UNION        :        CHAPTER 13
                                                    :
MOVANT,                          :        11 U.S.C. § 362
                                                    :
                                                    :
                                                    :
v.                                      :
                                                    :
GABRIELLE J. APPLEBACH                   :
                                                    :        July 22, 2026 11:00am
DEBTOR,                          :        Courtroom # 4
                                                    :
SCOTT F. WATERMAN, TRUSTEE          :
ADDITIONAL RESPONDENT               :


   **AND NOW,** this day____July, 2026, upon Motion of Citadel Federal Credit Union (Movant),

its successors and assigns, for relief from the Automatic Stay it is:

**ORDERED AND DECREED**: that Movant shall be permitted to communicate with the Debtor(s)

and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is

further;

   **ORDERED AND DECREED THAT:** The Automatic Stay of all proceedings, as provided

under 11 U.S.C. §362 is granted with respect to the enforcement of its security interest in the 2019

BMX X 3 its successors and assigns, to proceed with its rights under the terms of said security interest

and it is further

   The relief granted by this Order shall be effective immediately and shall not be subject to

the fourteen (14) day period set forth in Bankruptcy Rule 4001(a)(3).

   .                                              **BY THE COURT:**


                                            _____
                                            Chief Judge Ashely M. Chan

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| GABRIELLE J. APPLEBACH | : | CASE NO. 26-11086-amc |
| | : | |
| | : | |
| CITADEL FEDERAL CREDIT UNION | : | CHAPTER 13 |
| | : | |
| MOVANT, | : | 11 U.S.C. § 362 |
| | : | |
| | : | |
| v. | : | |
| | : | |
| GABRIELLE J. APPLEBACH | : | |
| | : | July 22, 2026 11:00am |
| DEBTOR, | : | Courtroom # 4 |
| | : | |
| SCOTT F. WATERMAN, TRUSTEE | : | |
| ADDITIONAL RESPONDENT | : | |

**AFFIDAVIT IN SUPPORT OF CITADEL'S MOTION FOR RELIEF**

**I**, Ed Ashman, of full age, do hereby certify and say:

1. I am the Vice-President of Collections, with Citadel Federal Credit Union ("Citadel") and I am authorized to make these statements on behalf of Plaintiff.

2. I make this certification in support of the Movant's Motion for Relief.

3. I am fully familiar with the facts and circumstances of the within matter, and the documents referred thereto.

4. I have access to Citadel's business records concerning the Defendant in this matter and the Vehicle Loan Account.

5. Citadel has a security interest in the 2019 BMW X3 5UXTR9C5KLD904 (the "Vehicle") pursuant to a Retail Installment Contract signed by Debtor.

5. Citadel has a security interest in the 2019 BMW X3 5UXTR9C5KLD904 (the "Vehicle") pursuant to a Retail Installment Contract signed by Debtor.

6. Movant is a secured creditor of the Debtor and the facts are more fully set forth below.

7. On or about, May 24, 2022, the debtor entered into a loan and security agreement (the "security agreement") with the Movant for the Debtor's acquisition and purchase of a 2019 Ford Fusion. A true and correct copy of the security agreement is attached hereto as Exhibit A.

8. As of the date of the filing of the bankruptcy on March 17, 2026, the amount owed on the Vehicle loan is $24,458.19.

9. According to the Debtor's Chapter 13 plan, Debtor is surrendering the Vehicle to Movant.

10. Due to non-payment and with the consent of the Debtor, Movant took possession Vehicle on presently has possession of said Vehicle

11. Due to non-payment and with the consent of the Debtor, Movant took possession Vehicle on presently has possession of said Vehicle and is holding same while waiting for relief from the bankruptcy court.

12. Therefore, Movant wishes to move forward with the plans to sell the Vehicle to recover for its losses.

13. Debtor has not made payment to Movant on the Vehicle since February 23, 2026.

I declare under the penalty of perjury that the foregoing is true and correct and if called as a witness I would competently testify, under oath, thereto.

Dated: 6/22/2026

_____
Affiant Signature

Ed Ashman
_____
Printed Name of Affiant

COMMONWEALTH OF PENNSYLVANIA:

COUNTY OF Chester                    :

On the 22nd day of June                    , 2026, before me, the undersigned notary public, personally appeared Ed Ashman    , personally know to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

IN TESTIMOMY WHERE, I have hereunto set my hand and affixed my official seal in the County and State aforesaid, the day and year first above written.

My term expires: April 21, 2027                    _____
                                                        Notary Public

Commonwealth of Pennsylvania - Notary Seal
Alicia D. Ballerino, Notary Public
Delaware County
My commission expires April 21, 2027
Commission number 1237827
Member, Pennsylvania Association of Notaries