# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| GABRIELLE J. APPLEBACH | CASE NO. 26-11086-amc |
| CITADEL FEDERAL CREDIT UNION | CHAPTER 13 |
| MOVANT, | 11 U.S.C. § 362 |
| v. | |
| GABRIELLE J. APPLEBACH | |
| DEBTOR, | July 22, 2026 11:00am<br>Courtroom # 4 |
| SCOTT F. WATERMAN, TRUSTEE<br>ADDITIONAL RESPONDENT | |

## STIPULATION AND ORDER RESOLVING CITADEL FEDERAL CREDIT UNION'S MOTION FOR RELIEF

AND NOW, comes CITADEL FEDERAL CREDIT UNION, ("Movant"), by and through their attorney, M. Jacqueline Larkin, Esquire, and files this Stipulation for Settlement of the Motion for Relief from the Automatic Stay and the stipulated terms are as follows:

WHEREAS, Debtor, Gabrielle Applebach, filed a Voluntary Petition for Relief under Chapter 13 of the Bankruptcy Code on March 17, 202 under Bankruptcy No. 26-11086-amc.

WHEREAS Movant and Debtor wish to resolve and settle the issues raised in Movant's Motion for Relief pursuant to the terms and conditions set forth in this Stipulation.

NOW, THEREFORE, in consideration of the above recitals and intending to be legally bound hereby, Movant and Debtor through their duly authorized counsel, hereby agree as follows:

1. Movant is a secured creditor pursuant to a Loan and Security Agreement is secured by Debtor's vehicle which is a 2019 BMW X3 5UXTR9C5KLD9045 (the "Vehicle").
2. The Debtor voluntarily surrendered the Vehicle to Movant
3. Debtor has stated in her Chapter 13 plan that she surrendered the Vehicle to Movant
4. Due to non-payment and with the consent of the Debtor, Movant took possession Vehicle and presently has possession of said Vehicle and is holding same while waiting for relief from the bankruptcy court.
5. Movant seeks relief from the automatic stay in order to proceed with its rights under repossession to sell the Vehicle.
6. The parties agrees to Movant's request for relief from the automatic stay to proceed with its right under repossession to sell the Vehicle.
7. The parties agree that a facsimile signature shall be considered as an original signature.

AGREED TO IN ADVANCE:

*/s/ Brad Sadek*______
Brad Sadek , Esq.
1500 JFK Blvd.
Suite 220
Philadelphia, PA 19102
*Attorney for Debtor*

Dated: June 30, 2026

*/s M. Jacqueline Larkin, Esq.*
M. Jacqueline Larkin, Esq.
22 W. 2nd Street
Media, PA 19063
*Attorney for Movant*

Dated: June 30, 2026

*/s/ Scott F. Waterman*
Scott F. Waterman
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606
*Office of the Chapter 13 Trustee*

Dated: July 1, 2026

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| GABRIELLE J. APPLEBACH | CASE NO. 26-11086-amc |
| CITADEL FEDERAL CREDIT UNION | CHAPTER 13 |
| MOVANT, | 11 U.S.C. § 362 |
| v. | |
| GABRIELLE J. APPLEBACH | |
| DEBTOR, | July 22, 2026 11:00am<br>Courtroom # 4 |
| SCOTT F. WATERMAN, TRUSTEE<br>ADDITIONAL RESPONDENT | |

## ORDER APPROVING STIPULATION

Upon presentation and consideration of the Stipulation entered into between the parties to provide Movant with immediate relief from the automatic stay, **IT IS ORDERED THAT,** this day___________July, 2026, upon Motion of Citadel Federal Credit Union (Movant), its successors and assigns, for relief from the Automatic Stay it is:

**ORDERED AND DECREED**: that Movant shall be permitted to communicate with the Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further;

**ORDERED AND DECREED THAT:** Relief from the Automatic Stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to the enforcement of its security interest in the 2019 BMX X 3 its successors and assigns, to proceed with its rights under the terms of said security interest and it is further

The relief granted by this Order shall be effective immediately and shall not be subject to

the fourteen (14) day period set forth in Bankruptcy Rule 4001(a)(3).

**BY THE COURT:**

________________________________
Chief Judge Ashely M. Chan